**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Rosevelt Lee Gill v. The State of Texas

Appellate case number:  01-14-00509-CR

Trial court case number:  1382563

Trial court:            351st District Court of Harris County

On October 27, 2015 and January 12, 2016, this Court issued orders abating the appeal and remanding to the trial court for a hearing. We withdraw those orders and reinstate the appeal on the active docket.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                       ☒ Acting individually


Date: March 3, 2016